## MINOTT v. FISHBURNE.

Ruled by case of *Lowndes* v. *Fishburne, ante.*

Before PURDY, J., Charleston, September, 1903.   Affirmed.

Action by Harriott K. Minott against Julian Fishburne.
From Circuit decree, defendant appeals.

*Mr. Jno. R. Bellinger,* for appellant.

*Messrs. Mitchell & Smith* and *Burke & Erckmann,* contra.

June 27, 1904.   The opinion of the Court was delivered
by

MR. JUSTICE WOODS.   The questions involved in this case
are precisely the same as in Mary E. Lowndes *v.* Julian
Fishburne, just filed.   The different bonds held by Mary E.
Lowndes and Harriott K. Minott were secured by the same

mortgage, and the claim of each for the alleged deficiency depended on precisely the same facts. In accordance with the opinion in *Lowndes* v. *Fishburne,* the judgment of this Court is, that the judgment of the Circuit Court be affirmed.